AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Xin Qiang CHEN(A70 505 375); Shu Zhu LI(A77 377 295);
Yan Qin CHEN(A77 377 296); Yu Bin CHEN(A77 377 297)

    Plaintiffs,

        V.

USCIS, Nebraska Service Center

    Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 01714

TO: (Name and address of Defendant)

USCIS, Nebraska Service Center
850 "S" Street
Lincoln, Nebraska, NE 68501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alfred Lui, Esq.
33 Bowery, Suite C201
New York, NY 10002

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE: FEB 21 2008

⁂AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 02/26/2008 |
| NAME OF SERVER (PRINT) Wing K. IP | TITLE clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By mail to U.S. Attorney, Southern District, NYC
Attorney General
USCIS, Nebraska Service Center

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/26/2008
              Date                    Signature of Server

Address of Server

LAW OFFICES OF ALFRED LUI
33 Bowery, Suite C201
New York, NY 10002
Tel: (212) 925-3438
Fax: (212) 925-6421

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.