UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
XIN QIANG CHEN, et al.,                         :
                                                :
               Plaintiffs,            :        **ECF CASE**
                                                :
    v.                                         :
                                                :        08 Civ. 1714 (JSR)
USCIS NEBRASKA SERVICE CENTER,                  :
                                                :
               Defendant.             :        NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
        March 11, 2008

                                              Respectfully submitted,

                                              MICHAEL J. GARCIA
                                              United States Attorney for the
                                              Southern District of New York

                            By:    /s/_____
                                              F. JAMES LOPREST, JR.
                                              Special Assistant United States Attorney
                                              86 Chambers Street, 3rd Floor
                                              New York, New York 10007
                                              Telephone: (212) 637-2728
                                              Facsimile: (212) 637-2786
                                              Email: james.loprest@usdoj.gov

TO:    Alfred Lui, Esq.
        33 Bowery, Suite C201
        New York, NY 10002