RAKOFF, J

MICHAEL J GARCIA
United States Attorney for the
Southern District of New York
By:     F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

XIN QIANG CHEN, et al.,

          Plaintiffs,   :   STIPULATION AND
                         ORDER OF DISMISSAL

       - v. -
                       :   08 Civ. 1714 (JSR)

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES
NEBRASKA SERVICE CENTER,

          Defendant.
------------------------------------------------------------------x

       IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:   New York, New York
         July 21, 2008

                                                ALFRED SIU LUI, ESQ.
                                                Attorney for Plaintiffs
                                                33 Bowery, Suite C201
                                                New York, NY 10002
                                                Tel. No.: (212) 925-3438

Dated:   New York, New York                 MICHAEL J. GARCIA
         July 27, 2008                      United States Attorney for the
                                                Southern District of New York,
                                                Attorney for Defendant

                                   By:

                                                F. JAMES LOPREST, JR.
                                                Special Assistant United States Attorney
                                                86 Chambers Street, 4th Floor
                                                New York, NY 10007
                                                Tel. No.: (212) 637-2728

SO ORDERED:

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

A70 505 375; A77 377 295; A77 377 296; A77 377 297

7-30-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-31-08